## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

                                              Case No. 05-CR-169

    **-vs-**

**RICHARD ALVA,**

        **Defendant.**

## ORDER

The Court hereby grants leave for the dismissal of the above listed indictment as to defendant Richard Alva.

Dated at Milwaukee, Wisconsin, this 2nd day of 2005.

                                    **SO ORDERED,**

                                    s/ Rudolph T. Randa
                                  **HON. RUDOLPH T. RANDA**
                                  **Chief Judge**